UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-cv-60687-AJ

PATRICK M. HINES,

        Plaintiff,

v.

AEGIS RECEIVABLES MANAGEMENT, INC.,

        Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

     Defendant, Aegis Receivables Management, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                        Respectfully submitted,

                                        /s/ Kenneth C. Grace
                                        Kenneth C. Grace, Esq.
                                        Florida Bar No. 0658464
                                        Dayle M. Van Hoose, Esq.
                                        Florida Bar No. 0016277
                                        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                        3350 Buschwood Park Drive, Suite 195
                                        Tampa, Florida  33618
                                        Telephone:   (813) 890-2463
                                        Facsimile:    (866) 466-3140
                                        dvanhoose@sessions-law.biz
                                        kgrace@sessions-law.biz

        Attorneys for Defendant,
        Aegis Receivables Management, Inc.

### **CERTIFICATE OF SERVICE**

I certify that on this 24th day of September 2010, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

        Donald A. Yarbrough, Esq.
        Post Office Box 11842
        Fort Lauderdale, FL 33339

        /s/ Kenneth C. Grace
        Attorney

\\sfnfs02\prolawdocs\8503\8503-26118\Hines, Patrick M\241346.doc