UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60687-Civ-Jordan/McAliley

PATRICK M. HINES,

     Plaintiff,

v.

AEGIS RECEIVABLES MANAGEMENT, INC.,

     Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all

matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of

this action with each party to bear its own attorney's fees and costs except as

otherwise agreed by the parties.


Donald A. Yarbrough, Esq.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida  33339
Telephone: 954-537-2000
Facsimile: 954-566-2235

Kenneth C. Grace, Esq.
Attorney for Defendant
Sessions, Fishman, Nathan & Israel, LLC
Suite 195
3350 Buschwood Park Drive
Tampa, FL 33618
Telephone: 813-890-2465
Facsimile: 866-466-3140


By:  /s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.

By: /s/ Kenneth C. Grace
Kenneth C. Grace, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60687-Civ-Jordan/McAliley

PATRICK M. HINES,

      Plaintiff,

v.

AEGIS RECEIVABLES MANAGEMENT, INC.,

      Defendant.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 12, 2010 I electronically filed the
foregoing document with the Clerk of Court using CM/ECF.  I also certify that the
foregoing document is being served this day on all counsel of record or pro se
parties identified on the attached Service List in the manner specified, either via
transmission of Notices of Electronic Filing generated by CM/ECF or in some
other authorized manner for those counsel or parties who are not authorized to
receive electronically Notices of Electronic Filing.

                                    s/Donald A. Yarbrough
                                    Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Kenneth C. Grace, Esq.
Sessions, Fishman, Nathan & Israel, LLC
Suite 195
3350 Buschwood Park Drive
Tampa, FL 33618
Telephone: 813-890-2465
Facsimile: 866-466-3140

Via Notices of Electronic Filing generated by CM/ECF